No. 559.   KORTHINOS ET AL. *v.* NIARCHOS ET AL.   C. A. 4th Cir.   Certiorari denied.   *J. L. Morewitz* for petitioners.   *Hugh S. Meredith* and *Barron F. Black* for respondents.

No. 560.   MALEURIS ET AL. *v.* PAPADAKIS ET AL.   C. A. 4th Cir.   Certiorari denied.   *J. L. Morewitz* for petitioners.   *Leon T. Seawell* and *Thos. M. Johnston* for respondents.

No. 578.   ALLEN *v.* LITSINGER ET AL.   Supreme Court of Appeals of Virginia.   Certiorari denied.   *Charles Orlando Pratt* for petitioner.   *R. O. Norris* and *Gordon Lewis* for respondents.

No. 308, Misc.   WHITING *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 323, Misc.   HURLEY *v.* REID, SUPERINTENDENT, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 365, Misc.   PRITCHETT *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *James J. Laughlin* for petitioner.   *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 386, Misc.   WATKINS *v.* DUFFY, WARDEN, ET AL. Supreme Court of California.   Certiorari denied.

No. 403, Misc.   RANDALL *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington.   Certiorari denied.